AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Delaware

FILED
AUG 05 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

United States of America
v.

JOSE CAMPUZANO-ENCARNACION
*Defendant(s)*

Case No. 26 - 406 M

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 29, 2026 in the county of New Castle in the ______ District of Delaware, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal Reentry After Removal |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Jason Moffett
*Complainant's signature*

Jason Moffett, Deportation Officer, ICE
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: August 5, 2026

*Judge's signature*

City and state: Wilmington, DE

Honorable Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 26 - 406M |
| JOSE CAMPUZANO-ENCARNACION, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jason Moffett, being duly sworn, hereby declare and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Deportation Officer with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and am assigned to the Dover, Delaware office ("ICE Dover"). I have been employed by ICE since January 4, 2009. My duties routinely include investigating violations of federal criminal statutes concerning immigration offenses, including the reentry of illegal aliens into the United States.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

3. This affidavit is made in support of a criminal complaint and arrest warrant for **JOSE CAMPUZANO-ENCARNACION** ("**CAMPUZANO-ENCARNACION**") for violation of Title 8, United States Code, Sections 1326(a) and (b)(1), Unlawful Reentry into the United States After Removal.

4. The statements in this affidavit are based upon information provided in DHS/ICE records, including the relevant Alien File ("A-File"), National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and previous interviews. Because this affidavit is being submitted for the limited purpose of establishing probable

cause for **CAMPUZANO-ENCARNACION**'s arrest, I have not included every fact known to me about this investigation. Rather, I have set forth only the facts necessary to establish probable cause that **CAMPUZANO-ENCARNACION** violated 8 U.S.C. §§ 1326(a) and (b)(1).

## PROBABLE CAUSE

5. On or about July 29, 2026, **CAMPUZANO-ENCARNACION** was arrested by the New Castle County Police Department ("NCCPD") for cocaine distribution and additional charges. Pursuant to that arrest, the NCCPD obtained **CAMPUZANO-ENCARNACION**'s fingerprints and submitted them to the Integrated Automated Fingerprint Identification System ("IAFIS") for identification. On or about the same date, ICE's Pacific Enforcement Response Center ("PERC")[1] notified the ICE Dover office of **CAMPUZANO-ENCARNACION**'s arrest. PERC's preliminary query of the fingerprints through the ICE database and an NCIC record check confirmed that **CAMPUZANO-ENCARNACION** is a foreign national from the Dominican Republic.

6. On July 30, 2026, the ICE Dover office reviewed the PERC notification for **CAMPUZANO ENCARNACION**. A Deportation Officer then queried the fingerprints in DHS/ICE's automated database. The query results showed that these fingerprints matched the contents of A-File number XXXXXX961 ("A-File #XXXXXX961"). A-File #XXXXXX961 is associated with the name of "Jose Campuzano Encarnacion" and contains, inter alia, the individual's biographical information, records of previous immigration encounters, photographs, and fingerprints. Your affiant also queried **CAMPUZANO-ENCARNACION**'s fingerprints in the FBI database. The results of that query showed that these fingerprints matched FBI number XXXXXCH8 associated with **CAMPUZANO-ENCARNACION**.

[1] As relevant here, PERC receives notice of nationwide arrests, and corresponding fingerprints, conducts an automated comparison against the fingerprints of previously encountered aliens, and notifies ICE field offices of actionable criminal leads requiring immediate enforcement action.

7. Your affiant's review of DHS/ICE records and **CAMPUZANO-ENCARNACION**'s A-File #XXXXXX961 indicates the following:

a. **CAMPUZANO-ENCARNACION**, born in the Dominican Republic, is a citizen and national of the Dominican Republic.

b. On or about December 31, 2014, **CAMPUZANO-ENCARNACION** was encountered by the United States Border Patrol ("USBP") at or near Nogales, Arizona. A USBP Agent was able to determine that the subject had entered the United States without inspection, admission or parole from an immigration officer. **CAMPUZANO-ENCARNACION** was subsequently taken into custody. On December 31, 2014, **CAMPUZANO-ENCARNACION** was served an I-860, Notice and Order of Expedited Removal, in Nogales, Arizona. **CAMPUZANO-ENCARNACION** was ordered to be removed by the Acting Border Patrol Agent in Charge ("ABPAC"). On January 20, 2015, **CAMPUZANO-ENCARNACION** was physically removed to the Dominican Republic pursuant to the ABPAC's order through Alexandria, Louisiana.

c. On March 3, 2025, **CAMPUZANO-ENCARNACION** was encountered by ICE during a multi-agency drug dealing operation in Newark, Delaware. During this encounter, **CAMPUZANO-ENCARNACION** was taken into police custody and charged with multiple drug dealing offenses. On April 2, 2025, **CAMPUZANO-ENCARNACION** was convicted of two counts of Possession of a Controlled Substance in a Tier 2 Quantity in the New Castle County, Delaware, Superior Court.

d. Upon his release from the Delaware Department of Corrections, on April 4, 2025, **CAMPUZANO-ENCARNACION** was taken into ICE custody pursuant to a March 11, 2025 complaint and arrest warrant in the United States District Court for the District of Delaware, charging **CAMPUZANO-ENCARNACION** with violating 8 U.S.C. § 1326(a). *See* 25-111M. On May 29, 2025, **CAMPUZANO-ENCARNACION** pleaded guilty to the offense, and was later sentenced to time-served as a participant of the District of Delaware's Fast-Track Program. *See* 25-36-RGA.

e. On April 4, 2025, **CAMPUZANO-ENCARNACION** was served with an I-871, Notice of Intent/ Decision to Reinstate Prior Order. On June 24, 2025, **CAMPUZANO-ENCARNACION** was physically removed to the Dominican Republic through Alexandria, Louisiana.

f. The records contain no indication that **CAMPUZANO-ENCARNACION** obtained permission from the United States Secretary of Homeland Security[2] to re-enter the United States.

///

## CONCLUSION

WHEREFORE, your affiant submits that there is probable cause to believe that **CAMPUZANO-ENCARNACION**, a citizen and national of the Dominican Republic, was found in the United States, after having been removed to the Dominican Republic twice (January 20, 2015 and June 24, 2025), and whose removal was subsequent to a conviction for violating 8 U.S.C. § 1326(a), a felony punishable by more than one year of imprisonment, without the express consent of the United States Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

*/s/ Jason Moffett*
Jason Moffett
Deportation Officer
United States Immigration & Customs Enforcement

Sworn to me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d), this 5th day of August 2026

HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

[2] This function was transferred to the Secretary of Homeland Security on March 1, 2003. *See* 6 U.S.C. §§ 202, 251, 557.