FILED
AUG 05 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court [X] Felony [ ] Class A Misdemeanor

[X] Complaint [ ] Information [ ] Indictment

**DEFENDANT:** JOSE CAMPUZANO-ENCARNACION

**DOB (Year Only)** 1990 **COUNTY OF OFFENSE:** Sussex

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Illegal Reentry After Removal, 8 U.S.C. §§ 1326(a) and (b)(1) | 10 years imprisonment, 3 years supervised release, $250,000 fine, and a $100 special assessment |

## INSTRUCTIONS

[X] Schedule an Initial Appearance

[X] Issue Arrest Warrant

[ ] Issue Summons for Initial Appearance on: at

[X] Interpreter Needed: **SPANISH**

## DEFENDANT INFORMATION

Defendant's Address: Howard R. Young Correctional Institution

City: County: State: Zip:

Date of Arrest: Date of 1st Appearance in this District:

Bail Set: Date Made: Remains in Federal Custody [ ]

*/s/ Corey J. Hauser*
Assistant United States Attorney